UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

MADISON INTERNATIONAL HOLDINGS, LTD,

    Plaintiff(s),

vs.

ARAC MOBILFUNK KMT GMBH ET AL

    Defendant(s).

Case No. CV99-7033-WDK(MAN)

ORDER RE: MOTION PRACTICE

    Counsel contemplating filing any motion is first required to contact opposing counsel to thoroughly discuss the substance of the proposed motion and any potential resolution. The Court will reject any motion that does not fully comply with Local Rule 7.4.1.

    Counsel is admonished that all moving papers must comply with Local Civil Rules. Particular attention is drawn to Local Rule 3.9.3, which requires that California State Court citations include citation to the California Reporter. In addition, for subsequent "short" form citations, citation must be made to the California Reporter; citation to the official reporter is not required other than in the initial citation.

    Counsel is also warned that the Court requires strict adherence to filing deadlines for all papers. Pursuant to Local Rule 7.9, papers which are not timely filed will not be considered and may be deemed by the Court as consent to the granting or denial of the motion, as the case may be.

    When making allegations of fact, counsel shall cite with particularity to any evidence in the record before the Court which supports the allegation. Each citation shall identify the specific document and page number containing such evidence. Any factual allegation not supported by a specific citation to the record will not be considered as evidence.

    Counsel for the plaintiff is ORDERED to immediately serve a copy of this Order on all parties to this action who have been served with the Complaint. If the summons and complaint have not been served on the defendant(s) yet, plaintiff's counsel shall serve a copy of this Order at the time the summons and complaint are served on defendant(s). If additional parties are served in this action subsequent to the date of this Order, counsel for the plaintiff shall immediately serve a copy of the Order on each newly served party.

    This Court owns an interest in Traveler's Insurance Corporation and American International Group, Inc., which includes the following companies: Foreign General, International Lease, Finance, National Union, United Guarantee, and other companies with the designation "AIG" in their names. Counsel are required to immediately advise the Court if the named insurance groups are involved as an insurer in the litigation.

Judge William D. Keller
United States District Court

Rev. 5/96